**UNITED STATES**

**v.**

**Technical Sergeant Richard J. STIDMAN, FR 527–92–6011, United States Air Force.**

**ACM 27833 (recon).**

U.S. Air Force Court of Military Review.

Sentence Adjudged 28 April 1989.

Decided 8 March 1990.

Appellate Counsel for the Appellant: Colonel Richard F. O'Hair and Major Ronald G. Morgan.

Appellate Counsel for the United States: Colonel Joe R. Lamport, Major Terry M. Petrie and Captain Morris D. Davis.

Before BLOMMERS, KASTL and MURDOCK, Appellate Military Judges.

DECISION UPON RECONSIDERATION

PER CURIAM:

Appellate Government counsel have requested that we reconsider our previous opinion in this case, 29 M.J. 999 (A.F.C.M.R. 25 January 1990), in which we reversed the appellant's convictions for sodomy and indecent acts upon a child. The request for reconsideration is GRANTED. Government counsel also moved for oral argument in the matter. The Government's motion for oral argument was granted and oral argument held.

Having granted the motions and heard able advocacy from both sides, we have once again considered the merits of the case.

In our original decision, the findings of guilty and the sentence were set aside and the Charges and specifications were dismissed.

We adhere to our original decision.